# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-3526

_____

Brian Benson,

*Appellant,*

v.

Commissioner of Internal Revenue,

*Appellee.*

_____

Appeal from The United States Tax Court

_____

Submitted: July 30, 2019
Filed: August 2, 2019
[Unpublished]

_____

Before COLLOTON, WOLLMAN, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Brian Benson appeals from a tax court decision[1] which sustained the Commissioner of Internal Revenue's determination denying his request for innocent spouse relief under 26 U.S.C. § 6015. We review the tax court's determination

_____

[1]The Honorable Richard T. Morrison, United States Tax Court Judge.

whether to award equitable relief under § 6015(f) for abuse of discretion. We conclude on review of the record that the tax court did not abuse its discretion, and we therefore affirm. *See* 8th Cir. R. 47B.

_____